665 A.2d 1023

**Itzhak KADOSH**

v.

**Robert M. JONES et al.**

**No. 26, Sept. Term, 1995.**

Court of Appeals of Maryland.

Oct. 6, 1995.

Karl G. Feissner (Feissner & Slatkin, Burtonsville; Patricia L. Schrein, Rockville, all on brief), for petitioner.

Patricia M. Thornton (McCarthy, Bacon & Costello, Lanham, all on brief), for respondents.

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, BELL and RAKER, JJ.

### ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 6th day of October, 1995

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.